**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding 12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Udo van Neer |

2. **Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ Other _____. Describe identifier _____.

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**

Daniel Zumhasch, as the Administrator of the estate of Udo van Neer

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

German Proceeding, Mönchengladbach District Court, Case No. 45 IN 92/94

5. **Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

_____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Debtor    Udo van Neer
_____
Name

Case number (*if known*)_____

---

**8.  Others entitled to notice**

Attach a list containing the names and addresses of:

(i)  all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9.  Addresses**

**Country where the debtor has the center of its main interests:**

Germany
_____

**Debtor's registered office:**

_____
Number          Street

_____
P.O. Box

_____
City          State/Province/Region          ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

Dammstrasse 78
_____
Number          Street

_____
P.O. Box

Viersen                    41751
_____
City          State/Province/Region          ZIP/Postal Code

Germany
_____
Country

**Address of foreign representative(s):**

Wilhelmshofallee 75
_____
Number          Street

_____
P.O. Box

Krefeld                    47800
_____
City          State/Province/Region          ZIP/Postal Code

Germany
_____
Country

---

**10. Debtor's website** (URL)

_____

---

**11. Type of debtor**

*Check one:*

❏  Non-individual (*check one*):

   ❏  Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ❏  Partnership

   ❏  Other.  Specify: _____

☑  Individual

---

Debtor  Udo van Neer _____  Case number (*if known*)_____
        Name

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ *RA Daniel Zumhasch*
  *Insolvenzverwalter*
  _____        Daniel Zumhasch
  Signature of foreign representative      _____
                                           Printed name

  Executed on  03/31/2026
               MM / DD / YYYY

✗ *RA Daniel Zumhasch*
  *Insolvenzverwalter*
  _____        _____
  Signature of foreign representative      Printed name

  Executed on  03/31/2026
               MM / DD / YYYY

**14. Signature of attorney**

✗ Andrea S. Hartley                        Date  04/01/2026
  _____               _____
  Signature of Attorney for foreign representative    MM / DD / YYYY

  Andrea S. Hartley
  _____
  Printed name
  Akerman LLP
  _____
  Firm name
  98 Southeast Seventh Street, Suite 1100
  _____
  Number       Street
  Miami                                    FL         33131
  _____          _____  _____
  City                                     State     ZIP Code

  (305) 374-5600                           andrea.hartley@akerman.com
  _____          _____
  Contact phone                            Email address

  864234                                   FL
  _____          _____
  Bar number                               State

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Udo van Neer,[1] | ) | Case No. 26-_____ |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

**OFFICIAL FORM 401 CHAPTER 15 PETITION ATTACHMENTS**

Item 6.  Certified English translations of the decisions commencing the foreign proceeding and appointing the foreign representative.

---

[1] The location of the Debtor's service address for the purpose of this chapter 15 case is c/o Daniel Zumhasch, Wilhelmshofallee 75, 47800 Krefeld, Germany.

85956728;1

**Certified English Translation**

**Order from the German Proceeding**

**April 10, 2024**

45 IN 92/23



# MÖNCHENGLADBACH DISTRICT COURT DECISION

Insolvency proceedings

are opened today, April 10, 2024, at 9:11 a.m., regarding the assets of Udo van Neer, born May 5, 1957, car dealer, residing at Brabanter Straße 131, 41751 Viersen,

due to insolvency.

The proceedings are opened based on the debtor's application, which was received by the court on December 19, 2023.

Attorney Daniel Zumhasch, Am Landgericht 6, 41061 Mönchengladbach, is appointed insolvency administrator. Telephone: 02151 58130, Fax: 021515813240.

Claims of insolvency creditors must be filed with the insolvency administrator by June 10, 2024, in accordance with Section 174 of the German Insolvency Code (InsO). Claims arising from an intentional tort, from outstanding statutory maintenance payments that the debtor has intentionally failed to pay, or from a tax matter, provided the debtor has been convicted of a tax offense under Sections 370, 373, or 374 of the German Fiscal Code (Abgabenordnung, AO) in connection therewith, must be expressly designated as such if filed (Section 302 No. 1 InsO). Furthermore, the specific facts from which the particular legal basis for the claim arises must be substantiated. The corresponding preliminary review obligation lies with the insolvency administrator. Creditors are responsible for verifying that their information has been correctly entered into the insolvency schedule. The insolvency court generally only performs a cursory review of this information.

Creditors are requested to inform the insolvency administrator immediately of any

2

security rights they hold in movable property or rights of the debtor. The object to which the security right pertains, the type and basis of the security right, and the secured claim must be specified. Anyone who culpably fails to provide this information or delays doing so is liable for any resulting damages (Section 28, Paragraph 2 InsO).

Anyone who has obligations to the debtor is requested to cease making payments to the debtor and instead make all payments to the insolvency administrator.

The proceedings will be conducted in writing. The deadline, which corresponds to the reporting and examination date (Sections 29, 156, 176 InsO), is

**July 10, 2024.**

Up until this date, creditors may submit written statements to the court regarding:

- the person of the insolvency administrator,
- the appointment, composition, and continuation of the creditors' committee (Section 68 InsO),
- the depositary and the conditions for the investment and deposit of money, securities, and valuables (Section 149 InsO),
- the interim accounting to the creditors' meeting (Section 66 Paragraph 3 InsO),
- and the decision on the continuation of the proceedings (Section 157 InsO).

The schedule of claims, the registration documents, and the insolvency administrator's report will be available for inspection by the parties involved at the Mönchengladbach District Court, branch office, Hohenzollernstr. 155, 41061 Mönchengladbach, Room C 205, no later than June 20, 2024.

Any written objection by a party contesting a claim must be received by the court no later than the examination date. In the objection, it must be stated whether the claim is being contested as to its basis, amount, or priority.

If creditors have asserted that the claim arises from an intentional tort committed by the debtor, from an intentional breach of a statutory maintenance obligation, or from a tax offense committed by the debtor under Sections 370, 373, or 384 of the AO, the debtor must additionally state in their objection whether they contest this assertion.

The insolvency administrator is instructed to effect service of process on the debtor's debtors (third-party debtors) and on the creditors as required by Section 30 Paragraph 2 InsO (Section 8 Paragraph 3 InsO).

3

Publications of data from these insolvency proceedings, including the opening proceedings, in the electronic information and communication system will be deleted no later than six months after the termination or the final and binding decision on the discontinuation of the insolvency proceedings.

Publications in the residual debt discharge proceedings, including the decision pursuant to Section 289 InsO, will be deleted no later than six months after the final and binding decision on the residual debt discharge.

Other publications under the Insolvency Code will be deleted one month after the first day of publication.

**Legal remedies information:**

The debtor may file an immediate appeal against this decision pursuant to Section 34 Paragraph 2 InsO. The immediate appeal must be filed in writing in German with the Mönchengladbach District Court, Hohenzollernstr. 155, 41061 Mönchengladbach, or recorded by the court clerk. The appeal may also be recorded by the clerk of any district court.

The immediate appeal must be received by the Mönchengladbach District Court within two weeks. This also applies if the appeal is recorded by the clerk of another district court.

The time limit begins with the pronouncement of the decision or, if it is not pronounced, with its service. Public announcement is sufficient proof of service. Public announcement is deemed to have been effected two days after the date of publication at www.insolvenzbekanntmachungen.de. The earlier date is decisive for the commencement of the appeal period.

The immediate appeal must include the designation of the contested decision and a statement that an immediate appeal is being filed against this decision. It should be substantiated.

4

The appeal may also be filed by transmitting an electronic document to the court's electronic mailbox. The electronic document must be suitable for processing by the court and bear a qualified electronic signature of the responsible person or be signed by the responsible person and submitted via a secure transmission channel in accordance with Section 130a of the Code of Civil Procedure and in accordance with the more detailed provisions of the Ordinance on the Technical Framework Conditions for Electronic Legal Transactions and on the Special Electronic Mailbox for Public Authorities (Federal Law Gazette I, p. 3803). Further information can be found on the website www.justiz.de

Mönchengladbach, April 10, 2024
District Court

Flören
Judge at the District Court

**Certified**

Clerk of the registry

Mönchengladbach District Court



# **Translator Certificate**



## CERTIFICATE OF ACCURACY

The undersigned, Anna Valsamaki, Senior Vice President of Translation Operations, BIG Language Solutions, appearing on behalf of BIG Language Solutions, an ISO 9001 and 17100 certified company, hereby states, to the best of her knowledge and belief, that the foregoing is an accurate translation from German into English of the document(s) titled:

Eröffnungsbeschluss beglaubigt
Bestallungsurkunde_vorab_nur_eingescannt

Anna Valsamaki
Senior Vice President of Translation Operations, BIG Language Solutions
Date: 03-30-2026



3414 Peachtree Road NE, Suite 465 Atlanta, GA 30326 www.biglanguage.com

**Foreign-Language Order from the German Proceeding**

45 IN 92/23



# AMTSGERICHT MÖNCHENGLADBACH
## BESCHLUSS

Über das Vermögen

des Udo van Neer, geboren am 05.05.1957, Autohändler, Brabanter Straße 131, 41751 Viersen,

wird wegen Zahlungsunfähigkeit heute, am 10.04.2024, um 09:11 Uhr das Insolvenzverfahren eröffnet.

Die Eröffnung erfolgt aufgrund des am 19.12.2023 bei Gericht eingegangenen Antrags des Schuldners.

Zum Insolvenzverwalter wird ernannt Rechtsanwalt Daniel Zumhasch, Am Landgericht 6, 41061 Mönchengladbach, Telefon: 02151 58130, Fax: 021515813240.

Forderungen der Insolvenzgläubiger sind bis zum 10.06.2024 unter Beachtung des § 174 InsO beim Insolvenzverwalter anzumelden. Forderungen aus einer vorsätzlich begangenen unerlaubten Handlung, aus rückständigem gesetzlichen Unterhalt, den der Schuldner vorsätzlich pflichtwidrig nicht abgeführt hat, oder aus einem Steuerverhältnis, sofern der Schuldner in Zusammenhang damit wegen einer Steuerstraftat nach §§ 370, 373 oder 374 AO rechtskräftig verurteilt worden ist, sind, wenn sie als solche angemeldet werden, ausdrücklich so zu bezeichnen (§ 302 Nr. 1 InsO). Darüber hinaus ist der konkrete Sachverhalt substantiiert darzulegen, aus welchem sich der besondere Schuldgrund herleitet. Die entsprechende Vorprüfungspflicht liegt beim Insolvenzverwalter bzw. bei der Insolvenzverwalterin. Den Gläubigern obliegt es selbst, zu prüfen, ob ihre Angaben fehlerfrei in die Insolvenztabelle übertragen wurden. Das Insolvenzgericht prüft dies in der Regel nur kursorisch.

Die Gläubiger werden aufgefordert, dem Insolvenzverwalter unverzüglich mitzuteilen, welche Sicherungsrechte sie an beweglichen Sachen oder an Rechten des Schuldners in Anspruch nehmen. Der Gegenstand, an dem das Sicherungsrecht beansprucht wird, die Art und der Entstehungsgrund des Sicherungsrechts sowie die gesicherte Forderung sind zu bezeichnen. Wer diese Mitteilungen schuldhaft unterlässt oder verzögert, haftet für den daraus entstehenden Schaden (§ 28 Abs. 2 InsO).

Wer Verpflichtungen gegenüber dem Schuldner hat, wird aufgefordert, nicht mehr an diesen zu leisten, sondern nur noch an den Insolvenzverwalter.

Das Verfahren wird schriftlich durchgeführt. Stichtag, der dem Berichts- und Prüfungstermin (§ 29, 156, 176 InsO) entspricht, ist

der **10.07.2024**.

Bis zu diesem Zeitpunkt können die Gläubiger schriftliche Stellungnahmen bei Gericht einreichen

- zur Person des Insolvenzverwalters,
- zur Einsetzung, Besetzung und Beibehaltung des Gläubigerausschusses (§ 68 InsO),
- zur Hinterlegungsstelle und zu den Bedingungen zur Anlage und Hinterlegung von Geld, Wertpapieren und Kostbarkeiten (§ 149 InsO),
- zur Zwischenrechnungslegung gegenüber der Gläubigerversammlung (§ 66 Abs. 3 InsO),
- zur Entscheidung über den Fortgang des Verfahrens (§ 157 InsO).

Die Tabelle mit den Forderungen und die Anmeldeunterlagen sowie der Bericht des Insolvenzverwalters werden spätestens ab dem 20.06.2024 zur Einsicht der Beteiligten auf der Geschäftsstelle des Amtsgerichts Mönchengladbach, Nebenstelle, Hohenzollernstr. 155, 41061 Mönchengladbach, Zimmer Nr. C 205 niedergelegt.

Ein schriftlicher Widerspruch, mit dem ein Beteiligter eine Forderung bestreitet, muss spätestens am Prüfungsstichtag bei Gericht eingehen. Im Widerspruch ist anzugeben, ob die Forderung nach ihrem Grund, ihrem Betrag oder ihrem Rang bestritten wird.

Haben Gläubiger vorgetragen, die Forderung stamme aus einer vorsätzlich begangenen unerlaubten Handlung des Schuldners, aus einer vorsätzlich

pflichtwidrigen Verletzung einer gesetzlichen Unterhaltspflicht oder einer Steuerstraftat des Schuldners nach §§ 370, 373 oder § 384 der Abgabenordnung so hat der Schuldner im Widerspruch zusätzlich anzugeben, ob er diesen Vortrag bestreitet.

Der Insolvenzverwalter wird beauftragt, die nach § 30 Abs. 2 InsO zu bewirkenden Zustellungen an die Schuldner des Schuldners (Drittschuldner) sowie an die Gläubiger durchzuführen (§ 8 Abs. 3 InsO).

Die im elektronischen Informations- und Kommunikationssystem erfolgten Veröffentlichungen von Daten aus diesem Insolvenzverfahren einschließlich des Eröffnungsverfahrens werden spätestens sechs Monate nach der Aufhebung oder der Rechtskraft der Einstellung des Insolvenzverfahrens gelöscht.
Veröffentlichungen im Restschuldbefreiungsverfahren einschließlich des Beschlusses nach § 289 InsO werden spätestens sechs Monate nach Rechtskraft der Entscheidung über die Restschuldbefreiung gelöscht.
Sonstige Veröffentlichungen nach der Insolvenzordnung werden einen Monat nach dem ersten Tag der Veröffentlichung gelöscht.

**Rechtsmittelbelehrung:**

Gegen diesen Beschluss steht dem Schuldner das Rechtsmittel der sofortigen Beschwerde gem. § 34 Abs. 2 InsO zu. Die sofortige Beschwerde ist bei dem Amtsgericht Mönchengladbach, Hohenzollernstr. 155, 41061 Mönchengladbach schriftlich in deutscher Sprache oder zur Niederschrift der Geschäftsstelle einzulegen. Die Beschwerde kann auch zur Niederschrift der Geschäftsstelle eines jeden Amtsgerichtes erklärt werden.

Die sofortige Beschwerde muss innerhalb von zwei Wochen bei dem Amtsgericht Mönchengladbach eingegangen sein. Dies gilt auch dann, wenn die Beschwerde zur Niederschrift der Geschäftsstelle eines anderen Amtsgerichtes abgegeben wurde.

Die Frist beginnt mit der Verkündung der Entscheidung oder, wenn diese nicht verkündet wird, mit deren Zustellung. Zum Nachweis der Zustellung genügt auch die öffentliche Bekanntmachung. Diese gilt als bewirkt, sobald nach dem Tag der unter www.insolvenzbekanntmachungen.de erfolgten Veröffentlichung zwei weitere Tage verstrichen sind. Maßgeblich für den Beginn der Beschwerdefrist ist der frühere Zeitpunkt.

Die sofortige Beschwerde muss die Bezeichnung des angefochtenen Beschlusses sowie die Erklärung enthalten, dass sofortige Beschwerde gegen diesen Beschluss eingelegt wird. Sie soll begründet werden.

Die Einlegung ist auch durch Übertragung eines elektronischen Dokuments an die elektronische Poststelle des Gerichts möglich. Das elektronische Dokument muss für die Bearbeitung durch das Gericht geeignet und mit einer qualifizierten elektronischen Signatur der verantwortenden Person versehen sein oder von der verantwortenden Person signiert und auf einem sicheren Übermittlungsweg gemäß § 130a ZPO nach näherer Maßgabe der Verordnung über die technischen Rahmenbedingungen des elektronischen Rechtsverkehrs und über das besondere elektronische Behördenpostfach (BGBl. I, S.3803) eingereicht werden. Weitere Informationen erhalten Sie auf der Internetseite www.justiz.de

Mönchengladbach, 10.04.2024
Amtsgericht

Flören
Richter am Amtsgericht

Beglaubigt

Urkundsbeamter/in der Geschäftsstelle

Amtsgericht Mönchengladbach



**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Udo van Neer,[1] | ) | Case No. 26-_____ |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

### OFFICIAL FORM 401 CHAPTER 15 PETITION ATTACHMENTS

Item 7.  Statement Identifying Foreign Proceedings.

There is only one foreign proceeding, the German Proceeding,[2] as that term is defined in section 101(23) of the Bankruptcy Code that I am aware of with respect to the Debtor.

I, Daniel Zumhasch, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that this information is true and correct.

Solely in its capacity as court-appointed Foreign Representative, not in his personal or corporate capacity.

Dated: March 31, 2026
Krefeld, German

_____
Daniel Zumhasch
Foreign Representative of the estate of Udo van Neer

---

[1] The location of the Debtor's service address for the purpose of this chapter 15 case is c/o Daniel Zumhasch, Wilhelmshofallee 75, 47800 Krefeld, Germany.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Verified Petition.

85956999;1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Udo van Neer,[1] | ) | Case No. 26-_____ |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

**OFFICIAL FORM 401 CHAPTER 15 PETITION ATTACHMENTS**

Item 8.  Disclosure Pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

---

[1] The location of the Debtor's service address for the purpose of this chapter 15 case is c/o Daniel Zumhasch, Wilhelmshofallee 75, 47800 Krefeld, Germany.

85962355;1

I, Daniel Zumhasch, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the information in the attached list is true and correct.

Dated: March 31, 2026
Krefeld, Germany

By: Daniel Zumhasch
Insolvency Administrator of Udo van Neer

85962355;1

## List of Entities Entitled to Notice
## Pursuant to Bankruptcy Rules 1007(a)(4) and 2002(g)

**All persons or bodies authorized to administer foreign proceedings of the Debtor.**

Daniel Zumhasch
Appointed Insolvency Administrator
Niering Stock Tömp
Wilhelmshofallee 75
47800 Krefeld, Germany

**All parties to litigation pending in the United States in which either Debtor is a party at the time of filing of the petition.**

None.

**Entities against whom provisional relief is sought.**

None.  The Foreign Representative reserves all rights to seek provisional relief in the future.

The Foreign Representative reserves its right to amend and supplement this statement at any time.

85962355;1