**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Udo van Neer,[1] | ) | Case No. 26-14184 |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

**DECLARATION OF DANIEL ZUMHASCH IN SUPPORT OF**
**CHAPTER 15 PETITION FOR ENTRY OF AN ORDER RECOGNIZING**
**FOREIGN MAIN PROCEEDING AND GRANTING ADDITIONAL RELIEF**

1.      On October 4, 2025, I was appointed as insolvency administrator ("German Administrator" and/or "Foreign Representative")[2] of the estate of Udo van Neer ("van Neer" or "Debtor").  I was appointed under the German Insolvency Code, in the Mönchengladbach Local District Court, (the "German Court"), Case No. 45 IN 92/93 (the "German Proceeding").

2.      I am a partner at Niering Stock Tömp, Wilhelmshofallee 75, Krefeld 47800, Germany, one of Germany's leading insolvency administration law firms.  Over the course of my career, I have served the distressed needs of the financial services industry.  My background lies in litigation, particularly civil and corporate law.  I have been handling standard insolvency proceedings for twelve years.  I am appointed as insolvency administrator by, many courts, including those in Kleve, Mönchengladbach, and Münster.

3.      I am intimately familiar with the Debtor and his German Proceeding.  All facts set forth in this Declaration are based upon (a) my personal knowledge; (b) my review of relevant documents and any and all documents prepared and/or filed in connection with the German

---

[1] The location of the Debtor's service address for the purpose of this chapter 15 case is c/o Daniel Zumhasch, Wilhelmshofallee 75, 47800 Krefeld, Germany.

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Verified Petition.

Proceedings; (c) information supplied to me by the directors or professionals retained by the Debtor; or (d) based on my experience and knowledge of the Debtor's assets and financial condition.

4.      I make this Declaration in support of (i) Official Form B 401 Chapter 15 Petition for Recognition of Foreign Main Proceeding ("Petition"), (ii) the Verified Petition for Entry of an Order Recognizing Foreign Main Proceeding and Granting Additional Relief (the "Verified Petition" and collectively with the Form Petition, the "Chapter 15 Petition"), and  (iii) the Motion for Entry of an Order Recognizing Foreign Main Proceeding and Granting Additional Relief (the "Motion").

## BACKGROUND

### I.      The Debtor's Residence and Occupation

5.      Mr. van Neer is a German citizen and resident.

6.      Over about 15 years, van Neer operated a tax scheme by operating a sophisticated system of fictitious car sales defrauding the government of approximately €37 million.  He confessed to the crimes and was sentenced to eight years in prison in Germany.  According to van Neer, the global financial crisis in 2008 had brought his company into deep difficulties. Instead of filing for bankruptcy then, he tried to compensate for the losses with manipulated documents.  A 2023 tax audit revealed the fraud and van Neer was prosecuted.

7.      The Debtor resided at Schieβruthe 3 in 41334 Nettetal, Germany, which is near Dusseldorf.  Prior to his prosecution, van Neer was a local politician in Viersen, Germany.  He demonstrated charitable commitment and was awarded the German Federal Cross of Merit as well as being awarded several honors of the Teutonic Knights and the Knights of Malta.  After his prosecution, he resigned from all political activities and returned several of his awards.

2

85920531;1

8.      In addition to his residence and assets necessary to operate his fraudulent business, van Neer owned several properties near Dusseldorf, including:

- A commercial property at Brabant Street 131, 41751 Viersen;

- Two warehouses at Gerberstraβe 6 and 8, 19306 Neustadt-Glewe;

- Six condominiums at Dahlener Steet 611, 613, 615, 41239 Mönchengladbach;

- Four condominiums at Dahlener Street 621, 41239 Mönchengladbach;

- Two condominiums at Weberstraβe 109, 41749 Viersen; and

- One condominium at Iltisweg 47, 41239 Mönchengladbach.

9.      The Debtor also had direct and indirect interests in various companies, most of which are German.  Additionally, the Debtor possessed title approximately 200 used vehicles located in Germany.

## II.    The German Administrator's Activities

10.      Shortly after his prosecution, Van Neer applied for insolvency administration proceedings on December 19, 2023 in the German Court.  An initial order was put in place on December 20, 2023 and a final order was entered by the German Court on April 10, 2024 initiating the administration and appointing me as the German Administrator.

11.      The German Proceeding is governed by the German Insolvency Act.  A true and correct English copy is attached hereto as **Exhibit A**.

12.      For nearly two years, I have taken numerous steps in my investigation of Debtor's fraudulent scheme and efforts to recover and liquidate assets for the benefit of creditors.   Most importantly, I have taken various steps to recover Debtor's books and records and any other relevant information in order to fully investigate the Debtor's affairs, including its financial position, assets, and potential causes of action against third parties.

85920531;1

13. The main areas of work undertaken by me since my appointment on April 10, 2024 can be summarized as follows:

- Liquidating the Debtor's large real estate portfolio, including by inspecting the real estate, liaising with tenants, cleaning up title to the properties, making sure required insurance is held, and hiring Tittgen Consulting GmbH & Co. to market and sell the properties.

- Liquidating the Debtor's 200 vehicles, including inspecting the vehicles, clearing title to the Debtor's many automobiles, and hiring AuktionsServiceWest GmBH to inventory the automobiles.

- Investigating the Debtor's equity positions, including contacting Creditreform and the Debtor's auditor to identify equity positions.

- Coordinating with German tax authorities;

- Seeking and obtaining the Debtor's books and records, including bank records, from various sources.

- Communicating with and sending notices to all relevant stakeholders regarding the German Administrator's appointment and requesting books and records of the Debtor.

- Participating in the Debtor's criminal proceeding.

14. I drafted and sent reports to creditors on June 19, 2024, January 10, 2025, July 4, 2025, and January 9, 2026. I also held a creditors' meeting on July 10, 2024.

15. I continue to liaise with various stakeholders to provide the Debtor's books and records and other relevant information in order to fully investigate the Debtor's affairs including his financial position, realizable assets, and potential causes of action.

**III.    The Need for Recognition**

16. During my investigation, I discovered that the Debtor owned a condominium near Miami at 16485 Collins Avenue #738, Sunny Isles Beach, Florida 33160 (the "Florida Property"). After opening the German Proceeding, the Debtor sold the previously undisclosed Florida Property for approximately $800,000, which has not been delivered to me and/or the Debtor's estate. The

4

Debtor also appears to have some interests in Florida-based business entities. I need recognition to properly investigate the Debtor's assets and activities in the United States.

17.     The Debtor's estate has deposited an undrawn retainer in a non-interest-bearing account located at Citibank in Miami held for the Debtor by Akerman LLP, as counsel to the Debtor (the "Retainer"). Such funds remain in the Retainer Account as of the date hereof and are the Debtor's property.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 31 day of March, 2026.
Krefeld, Germany

RA Daniel Zumhasch
Insolvenzverwalter

_____
Daniel Zumhasch
Insolvency Administrator of Udo van Neer

5